ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona
ROSALEEN O'GARA
Assistant U.S. Attorney
Arizona State Bar No. 029512
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rosaleen.o'gara@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | INDICTMENT |
| --- | --- |
| Plaintiff, | Violations: **VICTIM CASE** |
| vs. | Counts 1 & 2: 18 U.S.C. § 1709 (Employee Mail Theft) |
| Ryan J. Hanks, | CR 17-247 TUC |
| Defendant. | RM (BGM) |

THE GRAND JURY CHARGES:

<u>**Count 1 - Employee Mail Theft**</u>
<u>**18 U.S.C. § 1709**</u>

On or about June 24, 2016, at or near Tucson, in the District of Arizona, the defendant, Ryan J. Hanks, a Postal Service officer and employee, did knowingly and intentionally steal, abstract, and remove from a letter, package, bag, and mail, an article and thing contained therein, to wit: a letter addressed to T.W.H. containing a Walmart gift card, which the defendant then knew to belong to T.W.H., all in violation of Title 18, United States Code, Section 1709.

///

### Count 2 - Employee Mail Theft
### 18 U.S.C. § 1709

On or about July 8, 2016, at or near Tucson, in the District of Arizona, the defendant, Ryan J. Hanks, a Postal Service officer and employee, did knowingly and intentionally steal, abstract, and remove from a letter, package, bag, and mail, an article and thing contained therein, to wit: a letter addressed to K.L. containing a Walmart gift card, which the defendant then knew to belong to K.L., all in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

/s/
Presiding Juror

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

/s/
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

FEB 15 2017