PROB 22 (Rev. 10/13)

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 15 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# TRANSFER OF JURISDICTION

| DOCKET NUMBER *(Transferring Court)* |
|---|
| CR-17-00247-001-TUC-FRZ |

| DOCKET NUMBER *(Receiving Court)* |
|---|
| 1:17-CR-124-LM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Ryan Jo Hanks | District of Arizona | 4: Tucson |

| NAME OF SENTENCING JUDGE |
|---|
| Frank R. Zapata |
| Senior United States District Judge |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 6/28/2017 | TO 6/27/2020 |
|---|---|---|

| OFFENSE |
|---|
| Employee Mail Theft |

## PART 1- ORDER TRANFERRING JURISDICTION

### UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Ryan Jo Hanks, be transferred with the records of this Court to the United States District Court for the District of New Hampshire upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7-24-2017
Date

*Signature*
Judge Frank R. Zapata
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2- ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/2/17
Effective Date

*Signature*
United States District Judge